# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0412
LT Case No. 2023-032870-CICI

_____

LEON OZERAN,

    Appellant,

    v.

FREEDOM MORTGAGE
CORPORATION and GREGORY
GION A/K/A GREGORY G. GION,

    Appellees.

_____


On appeal from the Circuit Court for Volusia County.
Dennis P. Craig, Judge.

Leon Ozeran, Daytona Beach, pro se.

No Appearance for Appellee.

October 7, 2025


PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____